**Order filed October 22, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00431-CV
_____

## JASMINE RICKS, Appellant

## V.

## QUALITY CARRIERS, INC. & CRAIG L. SMITH, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2011-17716**

## O R D E R

The clerk's record was filed September 12, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

Order Compelling Production filed 9/23/2011

Order Compelling Production filed 1/24/2013

Order for sanctions filed 1/24/2013

Order Compelling Production filed 2/6/2013

Order Compelling Production filed 2/8/2013

Order Compelling Production filed 4/9/2013

Order Compelling Production filed 4/18/2013

Order for Interlocutory Summary Judgment filed 7/26/2013

Order Compelling Production filed 8/30/2013

Order resetting trial filed 9/4/2013

Order resetting trial filed 11/8/2013

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 2, 2015**, containing:

Order Compelling Production filed 9/23/2011

Order Compelling Production filed 1/24/2013

Order for sanctions filed 1/24/2013

Order Compelling Production filed 2/6/2013

Order Compelling Production filed 2/8/2013

Order Compelling Production filed 4/9/2013

Order Compelling Production filed 4/18/2013

Order for Interlocutory Summary Judgment filed 7/26/2013

Order Compelling Production filed 8/30/2013

Order resetting trial filed 9/4/2013

Order resetting trial filed 11/8/2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM